IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAURECE KAVEL,

    Applicant,

v.                                                                No. CIV 13-0190 JB/ACT

GERMAN FRANCO, WARDEN,

    Respondent.

## FINAL JUDGMENT

    **THIS MATTER** having come before the Court under rules 4 and 11 of the Rules Governing Section 2254 Cases, for preliminary consideration of Applicant's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody; and the Court having entered an Order this date dismissing the Application,

    **IT IS ORDERED** that judgment is hereby entered in favor of Respondent German Franco, and this proceeding is dismissed.

                                                             _____
                                                              UNITED STATES DISTRICT JUDGE

*Parties:*

Maurece Kavel
Penitentiary of New Mexico
Santa Fe, New Mexico

    *Applicant pro se*